UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 5:25-CR-00161-M-RJ-4

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CONSENT MOTION** |
| | ) | **TO CONTINUE SCHEDULING** |
| | ) | **ORDER DEADLINES** |
| **NIEN TING TSAI,** | ) | |
| Defendant | | |

COMES NOW the defendant, by and through his attorney, Robert J. Higdon, Jr., and hereby moves the Court to continue the motion deadlines and the arraignment/trial date set forth in the Scheduling Order (ECF No. 74).

In support of this motion, Mr. Tsai shows the Court as follows:

1. On October 2, 2025, this Court entered a Scheduling Order (ECF No. 74) setting forth deadlines for the holding of a pre-trial conference between the parties by October 14, 2025, the filing of all pre-trial motions by October 28, 2025 and the filing of responses to same on or before November 10, 2025. Moreover, the Order set this matter for arraignment and trial at the term of court commencing on November 18, 2025.

2. The undersigned counsel only formally appeared in the matter on October 6, 2025[1] and requires additional time to obtain discovery materials from the Government, to consider and prepare any necessary pretrial motions and to determine how the defendant may defend himself against these charges.

---

[1] A representative of this firm did attend Mr. Tsai's initial appearance before the Court and advised the Magistrate Judge that K&L Gates would make an appearance for Mr. Tsai following the hearing.

3. Mr. Tsai requests that the Court continue the deadline for the filing of pre-trial motions through and including December 29, 2025, and to continue the deadline for filing responses to motions through and including January 9, 2026.

4. Mrs. Tsai further requests that the Court continue the arraignment and trial of this matter until the next term of criminal court following the running of those deadlines.

5. Counsel for Defendant has consulted with counsel for the United States who consents to this motion.

**WHEREFORE,** Mr. Tsai respectfully moves this Court to amend the Scheduling Order (ECF No. 74) to extend the deadline for filing pre-trial motions through and including December 29, 2025, for filing responses to motions through and including January 9, 2026, and to continue the arraignment and trial of this matter until the next term of criminal court following those deadlines

This the 14th day of October, 2025.

K&L Gates, LLP

By: /s/ Robert J. Higdon, Jr.
N.C. State Bar No. 17229
430 Davis Drive
Suite 400
Morrisville, North Carolina 27560
Phone: 919-314-5610
Fax: 919-831-7040
Bobby.Higdon@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM-ECF system which will send notification of such filing to the following: Tyler Lemons and Chris Cogburn, Assistant United States Attorneys. And I further hereby certify that to my knowledge there are no parties to this matter who do not participate in CM/ECF.

This 14th day of October, 2025

                                                K&L Gates, LLP

                                                By: /s/ Robert J. Higdon, Jr.
                                                N.C. State Bar No. 17229
                                                430 Davis Drive
                                                Suite 400
                                                Morrisville, North Carolina 27560
                                                Phone: 919-314-5610
                                                Fax: 919-831-7040
                                                Bobby.Higdon@klgates.com