UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
No. 5:25-CR-00161-M-RJ-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER ON CONSENT MOTION** |
| | ) | **TO CONTINUE SCHEDULING** |
| | ) | **ORDER DEADLINES AND TRIAL** |
| NIEN TING TSAI, | ) | |
|     Defendant | | |

This matter comes before the Court on Defendant Nien Ting Tsai's motion to reset the deadlines set forth in this Court's scheduling order (ECF No. 74) and to continue the trial of this matter until the criminal term of court following the reset deadlines.

The Court having considered the defendant's motion finds that the ends of justice are served by the granting of the defendant's motion in order to allow the Government and counsel for the defendant adequate time in which to exchange discovery materials, counsel for the defendant sufficient time in which to consider what, if any, pre-trial motions may be filed and for the parties to have adequate time to prepare for the trial of this matter.

Therefore, the Court Orders that the deadline for the filing of pre-trial motions is reset to on or before December 29, 2025, the response deadline for any responsive pleadings is reset to on or before January 9, 2026 and the trial of this matter is continued to the next criminal term of Court following the running of those new deadlines.

The Court finds that, for the reasons set forth above, the interests of justice are served by the granting of defendant's motion and any period of delay is excluded from the time periods as set forth under Title 18, United States Code, §§ 3161(h)(7)(A) and (h)(B)(iv).

It is so Ordered.

This the \_\_\_\_ day of October, 2025

                                                                             _____
                                                                             Richard E. Myers, II
                                                                             United States District Judge